No. 91–269. HELLING ET AL. *v.* MCKINNEY, *ante*, p. 903. Motion of respondent to retax costs granted.

No. 91–594. AMERICAN NATIONAL RED CROSS *v.* S. G. ET AL. C. A. 1st Cir. [Certiorari granted, *ante*, p. 976.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 91–611. BARKER ET AL. *v.* KANSAS ET AL. Sup. Ct. Kan. [Certiorari granted, *ante*, p. 977.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 91–6382. SAWYER *v.* WHITLEY, WARDEN. C. A. 5th Cir. [Certiorari granted, *ante*, p. 965.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 91–6634. DEMOS *v.* WASHINGTON. Sup. Ct. Wash. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until February 18, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court. JUSTICE BLACKMUN and JUSTICE STEVENS would deny the petition for writ of certiorari.

No. 91–6584. IN RE BAILEY. Petition for writ of mandamus denied.

No. 91–6538. IN RE JARRETT; and
No. 91–6562. IN RE JARVI. Petitions for writs of mandamus and/or prohibition denied.

No. 91–779. BURLINGTON NORTHERN RAILROAD CO. *v.* FORD ET AL. Sup. Ct. Mont. Certiorari granted.